RECEIVED IN PRO SE OFFICE

OCT 1 9 2023

KOVNER, J.
LEVEY, M.J.

EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

JASON SIMMONS 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
PLAINTIFF

-AGAINST

NYC DEPT OF CORRECTION;
COMMISIONER OF NYC DEPT
CORRECTION;
WARDEN OF FACILITY;
NYC POLICE DEPT;
JANE DOE ESQ.;
ALAN M PERRY, PhD;
STACY MEISNER, ESG;
JANE DOE, N.P.;
"RICARDO"
MAX BAUMBACH, ESQ
DEFENDANTS

## JURISDICTION

PLAINTIFF, Jason Simmons, complaint arises

under § 42. U.S.C. Sec 1983 as he is a prisoner

1

at Rikers Island Prison ("Rikers") and the respondents are members of the NYC Department of Correction; Commissioner of the NYC Dept of Correction, Warden of Rikers Facility; New York City Police Department; New York Bar Association and; practitioners of psychology and nursing licensed in the state of New York.

## FACTS

HERENOW, petitioner, Jason Simmons (441-23-02471) was arrested by the New York City Police Department (NYPD) on July 28, 2023, and taken into custody by the Queens Robbery Squad at Transit District 20 at approximately 9:55 pm. His personal belongings were taken and vouchered for safekeeping including: 1) a Bible; 2) Baby Stroller (damaged); 3) Cohiba Cigars (2); 4) Raw Premium Rolling Papers and; 5) 0.15 oz of marijuana. Petitioner agreed with the itemized list and was given an invoice number:

2

madisonpaper.com

1017490. (Attachment 1)

While incarcerated at Transit District 20, petitioner met with
Defense Attorney, Jane Doe Esq, and was informed of: CR-013093-
KN, CR-013044-KN; CR-006838-23NY; CR-021849-23QN and;
CR-000847-23QN. Petitioner was informed that for CR-021849-
23QN, he was accused of murdering two (2) people on the
New York City Subway and there was video evidence to
support the allegation that he was the guilty party. Jane
Doe Esq, told petitioner this at approximately 1:00 am on
July 29, 2023. Petitioner promptly disputed the charges and
was immediately told by Jane Doe Esq, that she needed
to transfer him to Rikers for psychiatric evaluation and blood
testing to determine his fitness for trial. One Dollar ($1)
bail was set for all of petitioner's cases except for
those ending in: -23QN. Petitioner was immediately
taken to Rikers and had his blood drawn before

3

I 017490, (Attachment 1)

While incarcerated at Transit District 20, petitioner met with Defense Attorney, Jane Doe Esq, and was informed of: CR-013043-KN; CR-013044-KN; CR-006538-23NY; CR-021849-23QN and; CR-000847-23QN. Petitioner was informed that for CR-021849-23QN, he was accused of murdering two(2) people on the New York City Subway and there was video evidence to support the allegation that he was the guilty party. Jane Doe Esq, told petitioner this at approximately 1:00am on July 29, 2023. Petitioner promptly disputed the charges and was immediately told by Jane Doe Esq, that she needed to transfer him to Rikers for psychiatric evaluation and blood testing to determine his fitness for trial. One Dollar($1), bail was set for all of petitioner's cases except for those ending in: ..-23QN. Petitioner was immediately taken to Rikers and had his blood drawn before

3

being put in "general population".

On July 29, 2023, at 7:30am, petitioner was transported to Brooklyn Criminal Court for hearings on: CR-013043-23KN, CR-013044-23KN and; CR-006938-23NY. All three cases were vacated, (Exhibit A). Petitioner was then taken back to Rikers to undergo psychiatric evaluation and await trial for the remaining cases. On or about July 30, 2023, petitioner reported to Rikers Mental Health Department. Petitioner was seen by Jane Doe N.P., rather than a medical doctor, who told petitioner that his blood was clean and free from maladies. Jane Doe N.P., did prescribe Zyprexa pen to the petitioner because she believed he suffered from delusions of grandeur after he reported that he completed medical school at the University of South Carolina School of Medicine in 2007 and an internship in Internal Medicine at Dallas Methodist Hospital in 2008. Petitioner invited the nurse to verify the information with the stated institutions and family.

4

Petitioner denied having any personal history of mental illness or any current need for medication. Petitioner did not take any medication prescribed by the nurse after meeting with her despite his name "Jesen Simmons" being called during "medication rounds" daily while being incarcerated.

After meeting with the nurse practitioner, petitioner requested a copy of the Bible from Pastoral Services. Petitioner placed two (2) phone calls with Rikers Pastoral Services between the hours of 8:00am and 10:00am between the dates of August 1, 2023, and August 4, 2023, leaving messages on both occasions. Petitioner never received follow up nor a copy of the Bible.

On or about August 15, 2023, petitioner met, via video conference, with: Alan M. Perry, Ph.D., Shao Liang, Ph.D and, Stacy Meisner, Esq. The purpose of the meeting was to discuss petitioner's fitness for trial for CR-02184923QN and, CR-000847-23QN. At this time, neither of the psychologists

agreed with the nurse practitioner's suggestion that petitioner be given psychotic medication. It was at this time petitioner learned that the nurse wrote for Ability instead of Zyprexa and that petitioner allegedly told the Nurse Practitioner that he attended medical school in New York rather than South Carolina. The video to support the allegations that petitioner murdered two people for CR-021849-23QN and; CR-000847-23QN was not reviewed with him. Nevertheless, Alan M. Perry, Ph.D, asked petitioner how he planned to defend against the charges for CR-021849-23QN and CR-000847-23QN. Petitioner thought it was inappropriate to discuss the status of the cases from a legal standpoint with the psychologists and requested he be permitted to discuss strategy with his attorney alone. The video conference was ended. Petitioner was not permitted to discuss strategy for his cases with his attorney before the next court date on August 18, 2023.

Next, petitioner made a formal written request to the law library seeking materials on; legal malpractice; conspiracy and; due process violation; Petitioner was distraught that the video that allegedly showed him murdering two (2) people had not been shared with him yet he was being questioned by psychologists about how he was going to defend himself. Petitioner felt as though he was being persecuted. He feels as though the whole charade is being executed against him in order to put him in prison for life and he not receive payment for his lawsuit against The Methodist Hospitals of Dallas, Texas Medical Board and; The State of Texas for wrongful termination filed in The Northern District of Texas. To date petitioner has not received the requested materials from the law library.

On or about August 16, 2023, petitioner was assaulted, punched in the mouth by a fellow inmate while staying

7

in general population, (see video #1). Following the assault, petitioner requested he be given his own cell. The request was honored on a temporary basis.

On August 18, 2023, petitioner was transported to court for his remaining cases. Petitioner remained in holding at Queens Criminal Court for the entire day, never speaking to his attorney nor appearing before the judge. At 6:00pm, petitioner was taken back to Rikers. There was no review of the alleged video that incriminated him.

Upon return to Rikers on August 18, 2023, petitioner was locked inside his cell for the weekend. On August 19, 2023, at 4:20pm petitioner made a request to Rikers Security for a copy of the Bible/New Testament. He was told that a "white shirted" officer or captain could provide him with a pocket new testament on Monday. Petitioner was not let out of his cell until the morning

9

of Monday, August 21, 2023. For approximately fifty-five (55) hours from August 18-August 21, 2023, petitioner was locked inside his cell unable to exercise or watch TV.

On August 21, 2023, at approximately 4:00pm, petitioner was told of "discharge planning" by prison security. Discharge Planner, "Ricardo" did not meet with petitioner until August 30, 2023. The next day, August 31, 2023, "Ricardo" gave information to the petitioner about "Max Baumbach". Petitioner received Max Baumbach's phone number and information about an apparent September 13, 2023, court date for CR-013043-23KN in Kings Criminal Court, (Exhibit B). Petitioner was not informed of this case during his arrest on July 28, 2023.

On or about August 23, 2023, petitioner was summoned for a second video conference with Alan M Perry, PhD, Shao Liang, PhD and, Stacy Mershon Esq. The psychologists continued

to deny the presence of any psychotic illness in the petitioner for which he needed medication. To the petitioner's surprise, he was now being informed that for CR-021849-23QN/CR-000847-23QN, he was accused of murdering one (1), not two (2) people on the subway. Once again, the alleged video was not shared with the petitioner. Petitioner refused to discuss the cases further with the psychologists and demanded he be given the opportunity to speak with his attorney alone. Petitioner was not given an explanation for his attorney, Meisner's, failure to appear on August 18, 2023. Stacy Meisner, Esq. assured petitioner that she would speak to him alone prior to his September 6, 2023, court date for CR-021849-23QN/CR-000847-23QN. This did not happen. Petitioner was denied the opportunity to conduct discovery or view the evidence against him prior to September 6, 2023.

Petitioner was not given an explanation for the delay in the the development of his defense for the cases.

At approximately 7:00 am on August 31, 2023, Rikers Security guards, about five (5) of them, appeared outside the petitioners cell and banged repeatedly on the door. Then, one security guard entered petitioners cell as he was waking up and removed petitioners white sleeping blanket and threw it in the hallway. The security guard then closed the door which automatically locked, (see Video #2). Petitioner retrieved the blanket when he was later allowed to exit the cell more than two (2) hours later, (see video #2) Later that same day, petitioner submitted paperwork to the Rikers A.S.i. Grievence Office, (OCSG), complaining of: 1) Denial of Postal Service Battle, 2) Appropriate Discharge Planning; 3) Harrassment by Rikers Security Staff; 4) Cruel and Unusual Punishment (locked

in cell/removal of blanket); 5) Denial of freedom of movement (incarcerated for up to 39 days without action on cases ending in ___ 23QM) and; 6) Intentional Infliction of Emotional Distress. Petitioner was promised a copy of his grievance submitted to the Rikers office by a white collared captain. To date, petitioner has not received a copy of his grievance. From August 31, 2023, to September 1, 2023, at 11:00am, following his submission to the OCSG, petitioner was locked in his cell and the toilet and sink were turned off. Petitioner was forced to urinate in a bottle and defecate in a plastic bag and dispose of it in the hallway. (See Video #3)

On September 2, 2023, instead of his grievances being addressed or receiving a copy of his complaint, petitioner was moved to a new house on Rikers Island, OBCC,

a house for inmates with psychiatric diagnoses.

Petitioner, to date, has not been informed of any mental health issues or diagnosis of psychiatric illness by the staff at Rikers despite several conferences. Petitioner, again, was not afforded the opportunity to discuss his cases with his attorney alone prior to his September 6, 2023, court date.

On September 6, 2023, petitioner was transferred from Rikers to court for CR-021849-23QN/CR-000847-23QN. Prior to appearing before the judge he met with a white male attorney and not Stacy Meisner, Esq. The alleged video showing his murder(s) was not reviewed with petitioner. Petitioner appeared before the judge where the court was informed that his psychiatric evaluation had not yet been completed.

On September 11, 2023, petitioner had a video conference with Stacy Meisner, Esq. During the conference petitioner

was told that he was being charged with attempted murder and not murder of one (1) not two (2) individuals. Stacy Meisner, Esq, also told petitioner that Alan M. Perry, PhD, and Shao Lian, PhD, were psychologists and not psychiatrists. This was 'news' to the petitioner. At no point during his incarceration did petitioner meet with an actual medical doctor or physician despite his attempts to have a follow-up appointment immediately following his appointment with Jane Doe N.P, (see Attachment log of Petitioner's Requests for Mental Health Follow-Up). A medical doctor never oversaw the writing of Zyprexa/Abilify for the petitioner or the repeated attempts to give it to him during his incarceration. Petitioner sought to have a lawful conversation regarding the medication.

On September 13, 2023, petitioner had a video conference with Perry, PhD, Lian, PhD, and Meisner,



14.

Esq, where they completed their evaluation finding the petitioner fit for trial. No video was reviewed with him.

On or about Saturday, September 16, 2023, at 8:00pm, Rikers' Mental Health Staff offered petitioner medication for which he refused to take.

On or about Wednesday, September 20, 2023, at about 9:40am, Rikers' Mental Health Staff offered petitioner medication for which he refused to take.

On September 27, 2023 at 6:58 pm petitioner spoke with a white collared security officer about attending muslim services in response to a general call made on his floor "Two Lower" The captain or white collared security officer told petitioner that he could not attend because "Muslim" was not written on his card. Petitioner responded that it

should not matter because he was "Ibrahemic". Petitiner

then asked when Christian services were so that

he could attend those. The captain told petitiner

that he could not attend Christian services if he

wanted muslim services and asked, "what's your

religion?" Petitiner responded again that he was

"Ibrahemic" and that he prays to the God of

"Abraham, Moses, Jesus and Mohammed (peace be

upon him)." The captain said that petitiner could

not attend the muslim services and did not let

petitiner attend (see Video #4).

## CAUSES OF ACTION

### i. Conspiracy

On July 28, 2023 Jane Doe Esq. agreed with

The New York City Dept. of Correction; Commissioner

of New York City Department of Correction, New

York City Police Department; Alan M. Perry Ph.D.; Queens Criminal Court; The State of Texas; Texas Medical Board; Oscar San Miguel Esq.; Ray Esther Esq. and The Methodist Hospitals of Dallas to incarcerate the petitioner and to coerce him into confessing to a double murder so that he remain incarcerated for the rest of his life and not receive payment from the tortfeasors stated in his wrongful termination lawsuit filed against The Methodist Hospital of Dallas in the Northern District of Texas. The stated respondents and defendants also wanted to subject the petitioner to cruel and unusual punishment. The agreement was made while Jane Doe Esq.; the Commissioner of New York City Dept of Correction, The New York City

17

Department of Correction, staff members; members of the New York City Police Dept.; members of the Queens Criminal Court; Alan M. Perry, PhD; Shao Liang, PhD; Stacy Meisner, Esq. "Ricardo"; and Max Baumbach, Esq. were in New York. The agreement was made over the phone while the other members of the conspiracy were outside New York State. The "respondents" for this claim were recruited to join the conspiracy in order to induce the petitioner to accept a plea deal so that his reputation as a medical doctor be tarnished and, to subject him to cruel and unusual punishment.

## ii) Fraud

On or about July 30, 2023, petitioner reported to Rikers Island Mental Health Department for psychiatric evaluation. Petitioner was seen by a Nurse Practitioner,

Jane Doe #2. Jane Doe #2 prescribed Zyprexa for the petitioner due to his alleged "delusions of grandeur" after petitioner reported that he attended the University of South Carolina school of Medicine completing his education for a Doctorate of Medicine in 2007, and completed an internship in Internal Medicine at Dallas Methodist Hospital. Petitioner met with Alan M Perry PhD and Shao Liang PhD and Stacy Meisner Esq on or about August 15, 2023, via video conference. Neither of the psychologists agreed with the nurse practitioner's prescription for the petitioner and did not find that petitioner suffered from delusions of grandeur. It was during this conference that petitioner learned that he was placed on Abilify rather than Zyprexa. Petitioner also learned that Jane Doe #2 reported to Perry, Liang and Meisner that petitioner allegedly

told her that he attended medical school in New York rather than South Carolina. At no point during petitioner's incarceration was petitioner seen by a medical doctor with the authorization to stop or discontinue the medication shown by its continual offering, under the nurse's prescription, throughout petitioner's incarceration. At no point during his incarceration did petitioner take the Zyprexa or Abilify despite it being offered to him on: August 9, 2023; August 14, 2023; August 22, 2023; August 24, 2023; August 26, 2023; August 31, 2023; September 3, 2023; September 8, 2023; September 11, 2023; September 16, 2023; September 21, 2023... The medication was offered by Rikers Island Mental Health Staff as their nurse reveals

### iii. Freud

On September 11, 2023, petitioner met with Stacy



20

Meisner, Esq. for a virtual conference. The stated psychologists were not in attendance. It was during this conference that Stacy Meisner, Esq told the petitioner that Alan M Perry, PhD and Shao Liang, PhD were psychologists and not psychiatrists. Petitioner never met with a physician to discuss the medication. When he attempted to follow-up with Rikers Mental Health immediately in the days after he met with Jane Doe N.P. he was directed to social workers, (See Attachment Log of Petitioners Requests for Mental Health Follow-up) Perry and Liang, the psychologists, authorized and oversaw the prescribing and attempted distribution of Zyprexa and Abilify for the petitioner under the nurse's orders starting on July 30, 2023.

<u>IV Fraud</u>

On August 31, 2023, petitioner submitted paperwork

21

to the Riker's Island Prison Grievance Office, (PGO) complaining of Defendant's Penal Rules and a copy of the Rules. Defendant in usual Punishment is being locked in his cell for approximately fifty-five (55) hours from August 13 to August 31, 2023, and having his sleep interrupted not usual, as Riker's Island County (see note Ex) and g Body incarcerated for up to thirty-four (34) days in that any court action in CR-02-1849-23 and CR-00897-23QN being denied of freedom of movement. On August 31, 2023, petitioner was told by Rikers County Officer (wearing blocked collar AND white collar/captain) that he would receive a copy of his submission for his records within twenty-four (24) hours. Petitioner to date still has not received a copy. His intent was to

22

use the information for this lawsuit.

### v. Cruel & Unusual Punishment

At approximately 7:00am on August 31, 2023 R.I.S.A.
Security Officers, approximately five (5) of them, appeared out-
side the petitioner's cell and banged repeatedly on the
door. Then, one security guard entered petitioner's cell
as he was waking up. The security guard removed
petitioner's white sleeping blanket. The guard then
exited the cell and threw the blanket in the hallway
(see Video #2). The cell door closed and auto-
matically locked. Petitioner was not able to return
to sleep. Petitioner did not retrieve his blanket until
about 9:30am when he was let out of his cell.

### vi. Cruel & Unusual Punishment

Upon returning from court on August 18, 2023 at
approximately 8:00pm, petitioner was not let out

of his cell until the late morning of August 21, 2023, approximately fifty-five (55) hours later. On August 19, 2023 at 4:20pm petitioner made a request to Rikers security for a copy of the New Testament. The request was not honored. During the fifty-five (55) hour period petitioner was not let out of his cell for exercise or television privileges. The privileges were never formally revoked.

VII Cruel & Unusual Punishment.

After submitting paperwork to the CCSG on August 31, 2023, petitioner was locked inside his cell and the toilet and sink were turned off. Petitioner was forced to urinate in a bottle and defecate in a plastic bag then dispose of the waste in the hallway. (see Video #3). Petitioner was not let out of his cell until 11:00am on September 1, 2023, (see Video #3)

24

## VIII Criminal Neglect

Petitioner is a citizen of the United States, and is entitled to religious freedom. Rikers Island Prison provides pastoral services for its inmates. Isaac Simmons #441-23-02474, placed two (2) phone calls with Rikers Island Pastoral Service between the hours of 8:00am and 10:00am on August 1, 2023 and again on August 4, 2023, leaving messages on both occassions requesting a copy of the Bible. Petitioner never received follow-up from pastoral services nor a copy of the Bible/New Testament. On August 19, 2023, at 4:20pm petitioner made a request to prison security for a copy of the Bible/New Testament. The request was not honored. On August 31, 2023 submitted a written complaint to Rikers Prison Grievance Office (CCSO) complaining of denied

pastoral services and receipt of the copy of the Bible/New Testament. On September 27, 2023, at 6:58pm petitioner spoke with a white collared security officer about attending muslim services offered by the prison. The officer told petitioner that he could not attend because muslim was not written on his card. Petitioner attends his video-conferences in the "muslim call room". Petitioner stated that he was "Ibrahemic" and that he prays to the God of Abraham, Moses, Jesus and Mohammed (Peace be Upon Him). Petitioner then asked when Christian Services were. The officer told petitioner he could not attend Christian Services if he wanted to attend muslim services. Petitioner re-iterated that he was "Ibrahemic". The captain, with a look of confusion on his face, did not let petitioner attend. (see Vicko #4).

### ix Criminal Neglect

On or about August 15, 2023, following his first video conference, petitioner made a formal written request to Rikers' law library seeking to acquire materials on legal malpractice conspiracy and due process violations, (see Attachment #3). Petitioner's request was never filled.

### x Criminal Neglect

Rikers has an established grievance office for which prisoners can submit formal complaints, (OCSG). Petitioner submitted a formal written complaint to the OCSG on August 31, 2023, complaining of: 1) Denial of Pastoral Services and access to the Bible; 2) Appropriate discharge planning 3) Harassment by Rikers security staff; 4) Cruel and Unusual Punishment; 5) Denial of Freedom of Movement (lack of formal charges/arraignment for CR-021849-23QN) for more than thirty (30) days despite detainment and; 6) Intentional infliction of emotional distress. Petitioner was promised a copy of his grievance for his records. He never received it. Instead, on September 2, 2023, petitioner was moved to a new house for inmates with established psychiatric diagnoses, OBCC. The OCSG has neglected to act upon petitioner's grievance to date.

## DAMAGES

Petitioner, Jason Simmons, 441-23-02471, seeks damages, for:

A. Civil Rights Violation - § 42 U.S.C. Sec 1983 - Conspiracy

B. Civil Rights Violation

C. Civil Rights Violation

D. Civil Rights Violation

E. Fraud

F. Criminal Neglect

## PRAYER

I hereby affirm that the above statements are true and within my recollection. I am the petitioner Jason Simmons, 441-23-02471, and pray that I am awarded damages by the Court.

/s/ ~~Jason Simmons~~

Jason Simmons, MD

441-23-02471

## DAMAGES

Petitioner, Jason Simmons, 441-23-02471, seeks damages for:

A. Civil Rights Violation - § 42 U.S.C. Sec. 1983 - Conspiracy

B. Civil Rights Violation

C. Civil Rights Violation

D. Civil Rights Violation

E. Fraud

F. Criminal Neglect

## PRAYER

I hereby affirm that the above statements are true and within my recollection. I am the petitioner, Jason Simmons, 441-23-02471, and pray that I am awarded damages by the Court.

/s/ _____

Jason Simmons, (petitioner)

441-23-02471

Sworn and Subscribed before me on October 5, 2023



LISA M. MINOR
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
01M15049230
MY COMMISSION EXPIRES 10/02/2025

28

### ix Criminal Neglect.

On or about August 15, 2023, following his first video conference, petitioner made a formal written request to Rikers' law library seeking to acquire materials on legal malpractice conspiracy and due process violations, (see Attachment #3). Petitioner's request was never filled.

### x Criminal Neglect

Rikers has an established grievance office for which prisoners can submit formal complaints. (OCGS). Petitioner submitted a formal written complaint to the OCGS on August 31, 2023, complaining of: 1) Denial of Pastoral Services and access to the Bible; 2) Appropriate discharge planning 3) Harassment by Rikers security staff; 4) Cruel and Unusual Punishment; 5) Denial of Freedom of Movement (lack of formal charges/arraignment for CR-021849-23(QN) for more than thirty (30) days, despite detainment and; 6) Intentional infliction of emotional distress. Petitioner was promised a copy of his grievance for his records. He never received it. Instead, on September 2, 2023, petitioner was moved to a new house for inmates with established psychiatric diagnoses, OBCC. The OCGS has neglected to act upon petitioner's grievance to date.

# Appendix of Evidence

page(s)

Exhibit A - Court Date And Bail Information . . . . . . . . . . . . . . 4

Exhibit B - Max Baumbach Data Sheet from "Ricardo" . . . . . . . 9

Attachment 1 - NYPD Property Clerk Invoice . . . . . . . . . . . . . 3

Attachment 2 - Log of Petitioners Requests for Mental
Health Follow Up . . . . . . . . . . . . . . . . . . 14, 21, 23

Attachment 3 - Petitioner's  8/15/23 Law Library Request . . 24, 27

Video #1 - 8/16/2023 Assault on Petitioner . . . . . . . . . . . . . . 8

Video #2 - Log of Petitioner's Request For Mental Health
Follow-Up . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 22

Video #3 - 8/31 - 8/31/23 Cruel & Unusual Punishment-waste
Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Video #4 - 9/27/23 Civil Rights Violation - Denial of Religious
Freedom . . . . . . . . . . . . . . . . . . . . . . . . . 16, 26

*EXHIBIT A - 1*

# Next Court Date and Bail Information

Your **NEXT COURT DATE** is __8__ / __1__ / __2023__ at **9:30 AM.**

You must appear in **Part/Courtroom** __AP3__ at the location listed below:

☐ **Bronx Criminal Court**, 265 East 161st Street, Bronx, NY 10451

☑ **Brooklyn Criminal Court**, 120 Schermerhorn Street, Brooklyn, NY 11201

☐ **Manhattan Criminal Court**, 100 Centre Street, New York, NY 10013

☐ **Queens Criminal Court**, 125-01 Queens Boulevard, Kew Gardens, NY 11415

☐ **Staten Island Criminal Court**, 26 Central Avenue, Staten Island, NY 10301

☐ **Midtown Community Court**, 314 West 54th Street, New York, NY 10019

☐ **Red Hook Community Justice Center**, 88 Visitation Place, Brooklyn, NY 11231

☐ You have been released on your own recognizance (ROR). No bail is required, but you have promised to return to court

☑ Your bail has been set at $ __/__ Insurance Company Bail Bond

$ __/__ Cash Bail

$ __/__ Other _____

If you are **RELEASED** and do **NOT** appear:

- A warrant will be issued for your arrest
- Your bail, if any, will be forfeited
- You may be charged with the additional crime of Bail Jumping

If you are **NOT RELEASED** and remain in jail, you have the right to communicate with relatives or friends by letter or telephone free of charge.

If you cannot afford a lawyer, the judge will assign you one free of charge.

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME BACK TO COURT.**

---

Case Information

__CR-013043-23KN__
__CR-013044-23KN__ __Queens__ __7-29-2023__
Docket Number | County Vacated | Date Vacated

---

CRC 3291 (Rev. 06/30/2017)

CCW Date and Bail Information

Criminal Court of the City of New York

*EXHIBIT A - 1*

# Next Court Date and Bail Information

Your **NEXT COURT DATE** is ___8_ / _1_ / _2023_ at **9:30 AM.**

You must appear in **Part/Courtroom** ___AP3___ at the location listed below:

☐ **Bronx Criminal Court**, 265 East 161st Street, Bronx, NY 10451
☑ **Brooklyn Criminal Court**, 120 Schermerhorn Street, Brooklyn, NY 11201
☐ **Manhattan Criminal Court**, 100 Centre Street, New York, NY 10013
☐ **Queens Criminal Court**, 125-01 Queens Boulevard, Kew Gardens, NY 11415
☐ **Staten Island Criminal Court**, 26 Central Avenue, Staten Island, NY 10301
☐ **Midtown Community Court**, 314 West 54th Street, New York, NY 10019
☐ **Red Hook Community Justice Center**, 88 Visitation Place, Brooklyn, NY 11231

☐ You have been released on your own recognizance (ROR). No bail is required,
but you have promised to return to court

☑ Your bail has been set at  $ _/_ ___   Insurance Company Bail Bond

$ _/_ _____   Cash Bail

$ _/_ _____   Other _____

If you are **RELEASED** and do **NOT** appear:

- A warrant will be issued for your arrest
- Your bail, if any, will be forfeited
- You may be charged with the additional crime of Bail Jumping

If you are **NOT RELEASED** and remain in jail, you have the right to communicate with
relatives or friends by letter or telephone free of charge.

If you cannot afford a lawyer, the judge will assign you one free of charge.

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME BACK TO COURT.**

Case Information
CR-013043-23KN
CR-013044-23KN      Queens      2-29-2023
Docket Number      County Vacated      Date Vacated

CRC 3291 (Rev. 06/30/2017)

CCW Date and Bail Information

# Appendix of Evidence

page(s)

Exhibit A - Court Date And Bail Information............. 4

Exhibit B - Max Baumbach Data Sheet from "Ricardo"....... 9

Attachment 1 - NYPD Property Clerk Invoice............. 3

Attachment 2 - Log of Petitioners Requests for Mental Health Follow Up............. 14, 21, 23

Attachment 3 - Petitioner's 8/15/23 Law Library Request... 24, 27

Video #1 - 8/16/2023 Assault on Petitioner............. 8

Video #2 - Log of Petitioners Request For Mental Health Follow-Up............. 11, 22

Video #3 - 8/31 - 9/31/23 Cruel & Unusual Punishment - Waste Disposal............. 12

Video #4 - 9/27/23 Civil Rights Violation - Denial of Religious Freedom............. 16, 26

EXHIBIT A-2

Criminal Court of the City of New York

# Next Court Date and Bail Information

Your **NEXT COURT DATE** is _8_ / _2_ / _2023_ at **9:30 AM.**

You must appear in **Part/Courtroom** _____B_____ at the location listed below:

- ☐ **Bronx Criminal Court**, 265 East 161st Street, Bronx, NY 10451
- ☐ **Brooklyn Criminal Court**, 120 Schermerhorn Street, Brooklyn, NY 11201
- ☑ **Manhattan Criminal Court**, 100 Centre Street, New York, NY 10013
- ☐ **Queens Criminal Court**, 125-01 Queens Boulevard, Kew Gardens, NY 11415
- ☐ **Staten Island Criminal Court**, 26 Central Avenue, Staten Island, NY 10301
- ☐ **Midtown Community Court**, 314 West 54th Street, New York, NY 10019
- ☐ **Red Hook Community Justice Center**, 88 Visitation Place, Brooklyn, NY 11231

- ☐ You have been released on your own recognizance (ROR). No bail is required, but you have promised to return to court

- ☑ Your bail has been set at $ ___/___    Insurance Company Bail Bond

                $ ___/___    Cash Bail

                $ ___/___    Other _____

If you are **RELEASED** and do **NOT** appear:

- A warrant will be issued for your arrest
- Your bail, if any, will be forfeited
- You may be charged with the additional crime of Bail Jumping

If you are **NOT RELEASED** and remain in jail, you have the right to communicate with relatives or friends by letter or telephone free of charge.

If you cannot afford a lawyer, the judge will assign you one free of charge.

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME BACK TO COURT.**

Case Information

_CR-006538-23NY_      _Queens_        _7-23-2023_
Docket Number         County Vacated        Date Vacated

New Date and Bail Information

CRC 3291 (Rev. 06/30/2017)

EXHIBIT A -3



**NEW YORK STATE**

Criminal Court, County of Queen

125-01 Queens Boulevard, Kew Gardens, NY 11415

718-298-0888

**NOTICE TO APPEAR**

CR-021849-23QN

The People of the State of New York vs. _Simmons_   Docket/Case No. _____

Name: _____

Address: _____

DOB: _____

Please be advised that your case has been scheduled, and you are, hereby, directed to personally appear in court as follows:

| Court Name: | Queens Criminal Court |
|---|---|
| Address: | 125-01 Queens Boulevard |
| City, State, Zip: | Kew Gardens, NY 11415 |
| Date/Time: | 9:30 a.m. 8-18-2023 |
| Part/Room/Floor: | APC |
| Before Judge: | |
| For the purpose of: | |

*REMAND*
*Bail status:*
*never informed*
*of case in*

Please be further advised that you have provided the court with the following contact information, and you have indicated the following preference for notification of your next court date.

Mailing Address: _____

| | Cell Phone | | |
|---|---|---|---|
| Requested method of notifications: | Text Message | Email Me | Letter at |

If the judge imposes conditions for your release, such as participation in a supervised release program, or electronic monitoring, you must follow each of those conditions which are listed on a separate order. Failure to do so may result in revocation of your release.

Your failure to appear in person as indicated above may result in a warrant for your arrest. Any bail posted may be forfeited. A civil judgment may be entered against you for any unpaid fines, fees or surcharges imposed. You may also be subject to additional penalties under the New York State Penal Law without further notice.

If you deliberately do not come to court, you will lose the right to:
§ Be present at and participate in every stage of your case
Hear what everyone is saying in court about your case, including arguments, requests, motions by your attorney § Be present at any pre-trial hearings or trial
Help your attorney when witnesses testify and confront witnesses against you
§ Be present and make a statement before sentence, if you are convicted of

Dated: *Here ?*  *never*  *Seal of*  Clerk of the Court

*I's video*  *murern*  *people*

*on subway*
*of video*



*EXHIBIT A -3*

# NEW YORK STATE

### Criminal Court, County of Queen

125-01 Queens Boulevard, Kew Gardens, NY 11415

718-298-0888



**NOTICE TO APPEAR**          **CR-021849-23QN**

**The People of the State of New York vs.** _Simmons_

Name: _____          Docket/Case No. _____

Address: _____

DOB: _____

Please be advised that your case has been scheduled, and you are, hereby, directed to personally appear in court as follows:

| Court Name: | Queens Criminal Court |
|---|---|
| Address: | 125-01 Queens Boulevard |
| City, State, Zip: | Kew Gardens, NY 11415 |
| Date/Time: | 9:30 a.m. 8-18-2023 |
| Part/Room/Floor: | APC |
| Before Judge: | |
| For the purpose of: | |

*REMAND*
*Bail status:*
*never informed to begin*
*of case in*

Please be further advised that you have provided the court with the following contact information, and you have indicated the following preference for notification of your next court date.

Mailing Address: _____

Home Phone: _____ |Cell Phone: _____ |Email Address: _____ | Letter: _____

Requested method of notification: Text Message __ Email Me __

If the judge imposes conditions for your release, such as participation in a supervised release program or electronic monitoring, you must follow each of those conditions which are listed on a separate order. Failure to do so may result in revocation of your release.

Your failure to appear in person as indicated above may result in a warrant for your arrest. Any bail posted may be forfeited. A civil judgment may be entered against you for any unpaid fines, fees or surcharges imposed. You may also be subject to additional penalties under the New York State Penal Law without further notice.

If you deliberately do not come to court, you will lose the right to:
  § Be present at and participate in every stage of your case
  Hear what everyone is saying in court about your case, including arguments, requests/motions by your attorney § Be present at any pre-trial hearings or trial
  Help your attorney when witnesses testify and confront witnesses against
§ Be present and make a statement before sentence, if you are convicted of

Dated _____    **Clerk of the Court**

*Where? video?*   *never*
*'s video*   *murdering people*
*on subway*
*on video*

EXHIBIT A-2

Criminal Court of the City of New York

# Next Court Date and Bail Information

Your **NEXT COURT DATE** is __8__ / __2__ / __2023__ at **9:30 AM.**

You must appear in **Part/Courtroom** ___B___ at the location listed below:

- ☐ **Bronx Criminal Court**, 265 East 161st Street, Bronx, NY 10451
- ☐ **Brooklyn Criminal Court**, 120 Schermerhorn Street, Brooklyn, NY 11201
- ☑ **Manhattan Criminal Court**, 100 Centre Street, New York, NY 10013
- ☐ **Queens Criminal Court**, 125-01 Queens Boulevard, Kew Gardens, NY 11415
- ☐ **Staten Island Criminal Court**, 26 Central Avenue, Staten Island, NY 10301
- ☐ **Midtown Community Court**, 314 West 54th Street, New York, NY 10019
- ☐ **Red Hook Community Justice Center**, 88 Visitation Place, Brooklyn, NY 11231

☐ You have been released on your own recognizance (ROR). No bail is required, but you have promised to return to court

☑ Your bail has been set at  $ __/__    Insurance Company Bail Bond

$ __/__    Cash Bail

$ __/__    Other _____

If you are **RELEASED** and do **NOT** appear:

- A warrant will be issued for your arrest
- Your bail, if any, will be forfeited
- You may be charged with the additional crime of Bail Jumping

If you are **NOT RELEASED** and remain in jail, you have the right to communicate with relatives or friends by letter or telephone free of charge.

If you cannot afford a lawyer, the judge will assign you one free of charge.

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME BACK TO COURT.**

Case Information

_CR-006538-23NY_    _Queens_    _7-29-2023_
Docket Number    County Vacated    Date Vacated

_____    _____

CRC 3291 (Rev. 06/30/2017)

Next Court Date and Bail Information

*EXHIBIT B*

New York State Unified Court System

# WebCriminal

## Case Details – Summary

**CASE INFORMATION**

Court:        Kings Criminal Court
Case #:       CR-013043-23KN
Defendant:    Simmons, Jason

### Defendant

Name:        Simmons, Jason
Birth Year:  1977

### Incident and Arrest

**Incident**
Date:    April 07, 2023
CJTN:    70274913Q

**Arrest**
Date:       April 14, 2023
Arrest #:   K23618818

**Officer**
Agency:      New York City Police Department
Command:

### Attorney Information

**Defense Attorney**
Name:     Baumbach, Max
Type:     Legal Aid
Address:  null 11201
Phone:    (646) 531-5087

**Assistant District Attorney**
Name:     Kings County District Attorney

### Next Appearance

Date:    September 13, 2023
Time:    09:00 AM
Court:   Kings Criminal Court
Judge:   Judge, TBD
Part:    AP3



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **4001017490**

| | |
|---|---|
| Invoicing Command | Invoice Status |
| **TRANSIT DISTRICT 20** | **OPEN** |
| Invoice Date | Property Type | Property Category |
| **07/28/2023** | **GENERAL PROPERTY** | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | 949393 | QUEENS ROBBERY SQUAD | OCME.EU No. |
| Investing Officer | | | 949393 | QUEENS ROBBERY SQUAD | OCME.FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | OTHER | | 1770947 | 1 | |
| | | COLOR: **BLACK** PEDDLER SEAL NO.: **1770947** | | | | |
| | | DESCRIPTION: **1 BLACK BABY STROLLER DAMAGE** | | | | |
| | | DEFACEMENT DESCRIPTION: **RIPPED AND TORN** | | | | |

**Total Cash Value**     0.00

9393 07/28/2023 21:55 : Above item is a complete list of items being vouchered as safekeeping. Owner does agree with the itemized list.

988 07/28/2023 04 : Invoice Approved By 955698

| Complaint | Pen Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 3/2023 | 12005/ASSAULT | FELONY | | |
| 7/28/2023 | ASLT 2: SERIOUS INJURY | FELONY | N/A | N/A |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | SIMMONS, JASON | 10/17/1977 | 45 | 265 FORT WASHINGTON AVENUE NEW YORK, NY Q23628930 | | 15601713J |

Complaint No. **2023-101-003166**

Related Comp No.(s) **N/A**

Accident No.(s) **N/A**

Related Invoice(s) **N/A**

| | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| | | | 949393 | QUEENS ROBBERY SQUAD | 07/28/2023 | 21:55 |
| | | | 949393 | QUEENS ROBBERY SQUAD | 07/28/2023 | 22:00 |
| | | | 955698 | TRANSIT BUREAU DISTRICT 20 | 07/28/2023 | 22:04 |



Invoice No. **4001017**




# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)

**Invoice No. 4001017490**

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **07/28/2023** | **GENERAL PROPERTY** | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | 949393 | QUEENS ROBBERY SQUAD | OCME.EU No. |
| Investigating Officer | | | 949393 | QUEENS ROBBERY SQUAD | OCME.FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **OTHER** COLOR: **BLACK** PEDDLER SEAL NO.: **1770947** DESCRIPTION: **1 BLACK BABY STROLLER DAMAGED** DEFACEMENT DESCRIPTION: **RIPPED AND TORN** | | 1770947 | 1 | |

**Total Cash Value** 0.00

9393 07/28/2023 21:55 : Above item is a complete list of items being vouchered as safekeeping. Owner does agree with the itemized list.

398 07/28/2023 :04 : Invoice Approved By 955698

| | Third Level Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 3/2023 | 12005/ASSAULT | FELONY | | |
| .7/28/2023 | ASLT 2: SERIOUS INJURY | FELONY | N/A | N/A |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| SIMMONS, JASON | 10/17/1977 | 45 | 265 FORT WASHINGTON AVENUE NEW YORK, NY Q23628930 | | 15601713J |

complaint No. 2023-101-003166



ated Comp No.(s) N/A

ccident No.(s) N/A

ated Invoice(s) N/A

| | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| | | | 949393 | QUEENS ROBBERY SQUAD | 07/28/2023 | 21:55 |
| | | | 949393 | QUEENS ROBBERY SQUAD | 07/28/2023 | 22:00 |
| | | | 955698 | TRANSIT BUREAU DISTRICT 20 | 07/28/2023 | 22:04 |

**Invoice No. 4001017**

Prisoner/ Finder/ Owner Copy
printed: 07/29/2023 19:15

PCD Storage No.
--

Page No.1 of 3

*EXHIBIT B*

New York State Unified Court System

# WebCriminal

## Case Details - Summary

**CASE INFORMATION**

Court:    **Kings Criminal Court**
Case #:   **CR-013043-23KN**
Defendant:  **Simmons, Jason**

---

**Defendant**

Name:     **Simmons, Jason**
Birth Year: **1977**

---

**Incident and Arrest**

**Incident**
Date:    **April 07, 2023**
CJTN:   **70274913Q**

**Arrest**
Date:    **April 14, 2023**
Arrest #:  **K23618818**

**Officer**
Agency:   **New York City Police Department**
Command:

---

**Attorney Information**

**Defense Attorney**
Name:    **Baumbach, Max**
Type:     **Legal Aid**
Address:  **null 11201**
Phone:   **(646) 531-5087**

**Assistant District Attorney**
Name:    **Kings County District Attorney**

---

**Next Appearance**

Date:   **September 13, 2023**
Time:   **09:00 AM**
Court:  **Kings Criminal Court**
Judge:  **Judge, TBD**
Part:   **AP3**

*[Handwritten annotations:]*

NOT reason for arrest i.e.

NOT
CR-013043
CR-013044
CR-006938
CR-021849-23KN
CR-000847-23KN

need to be released asap to prepare

True Go....
7/28
8/31/23
B

4/30 ... IV
4/17 Julin
Wrong case
FIV
need FIV
again
3 to be taken out to.. taken cell

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF Queens ) ss: 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

I, Jason Simmons, being duly sworn deposed and states:

That I have on the 5th day of October, 2023, placed and

submitted the original and copies of this motion to be duly mailed via the United States

Postal Service, through the institutional mailroom of the Rikers

Correctional Facility. Said moving papers were mailed to the following concerned

parties:

~~District Attorney~~
Queens County
COMMISIONER OF NY
DEPT OF CORRECTION

~~Supreme Court~~
KINGS County
U.S. CourtHouse
CLERK OF COURT - EDNY

_____, Defense Counsel
_____
_____

Yours, etc...

_____
~~DEFENDANT~~
PLAINTIFF

Sworn to before me this
5th day of October, 20 23

_____
NOTARY PUBLIC / COMMISSIONER OF DEEDS

ADAM M. WILLIAMS
OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
01M15049230
MY COMMISSION EXPIRES 10/02/2025

Oscar Simmons
BCC (2 Cuer)
00 Hazen Street
Elmhurst, N.Y. 11370

CLERK OF COURT
EONY
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

$ 002.79⁰

MON 16 OCT 2023